

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2019

No. 04-18-00631-CR

Bruno Lewis **TOVAR,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2662-CR-B
Daniel H. Mills, Judge Presiding

## O R D E R

The appellant has filed a third motion for extension of time to file the appellant's brief. The motion is GRANTED. Appellant's brief must be filed no later than June 12, 2019. No further extensions will be granted. If the appellant's brief is not timely filed, this appeal will be abated to the trial court for an abandonment hearing.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court